United States Bankruptcy Court

Central District of California

In re: Case No. 26-15780-RB

Amanda Lynn Ballow-Crumpton Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6 User: admin Page 1 of 2

Date Rcvd: Aug 05, 2026 Form ID: odspa Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Amanda Lynn Ballow-Crumpton, 35725 London Ct, Murrieta, Ca 92563 |
| 43247889 | + | ADVANTAGE AMBULANCE, 6180 QUAIL VALLEY CT SUITE B, RIVERSIDE, CA 92507-0757 |
| 43247887 | | SOUTHWEST HEALTHCARE CENTER, PO BOX 31001-8027, PASADENA, CA 91110-0827 |
| 43247888 | | TEMECULA VALLEY HOSPITAL, PO BOX 31001-0527, PASADENA, CA 91110-0827 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Aug 06 2026 06:34:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Aug 06 2026 06:35:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 43219202 | + | EDI: JPMORGANCHASE | Aug 06 2026 06:34:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 43219203 | + | EDI: CITICORP | Aug 06 2026 06:34:00 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 43247886 | | EDI: PARALONMEDCREDT | Aug 06 2026 06:35:00 | MEDICREDIT, PO BOX 7411711, CHICAGO, IL 60674-1711 |
| 43219205 | + | EDI: NFCU.COM | Aug 06 2026 06:35:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22116-3000 |
| 43219204 | + | EDI: NFCU.COM | Aug 06 2026 06:35:00 | Navy Federal Credit Union, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 43219206 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 06 2026 02:52:00 | Newrez Llc, Po Box 10826, Greenville, SC 29603-0826 |
| 43231951 | ^ | MEBN | Aug 06 2026 02:49:28 | REVCO SOLUTIONS INC., PO BOX 58, FORT MORGAN, CO 80701-0058 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| intp | | Courtesy NEF |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chad L Butler | on behalf of Interested Party Courtesy NEF caecf@tblaw.com |
| Dane W Exnowski | on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| Stephen L Burton | on behalf of Debtor Amanda Lynn Ballow-Crumpton steveburtonlaw@aol.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 5

Form odspa−odspab
Rev. 06/2017

## United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501−3819**

# ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN

**DEBTOR INFORMATION:**
Amanda Lynn Ballow−Crumpton

**BANKRUPTCY NO.** 6:26−bk−15780−RB

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−7207
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 8/5/26

**Address:**
35725 London Ct
Murrieta, Ca 92563

It appearing that the debtor(s) in the above−captioned case has failed to file all the documents required under FRBP 1007 or 3015(b) within 14 days after the filing of the petition and no motion for an order extending the time to file the required documents has been timely filed in accordance with FRBP 1007(a)(5) or 3015(b),

IT IS HEREBY ORDERED THAT:

1) The case is dismissed, the automatic stay is vacated and all pending motions and adversary proceedings are moot and dismissed.

2) Any discharge entered in this case is vacated.

3) The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: August 5, 2026

By the Court,
**Kathleen J. Campbell**
Clerk of Court